Myron Hale
3010 Wilshire Blvd #553
Los Angeles CA 90010
323-657-5908
oxcyless@yahoo.com
Plaintiff Pro Per



FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ KmH _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Myron Hale

      Plaintiff,

      v.

First National Credit Card, does 1-10

      Defendants

Case No.: 2:21-cv-05788-GW(SPx)

COMPLAINT FOR:

HARASSMENT

JURY TRIAL DEMANDED

**JURISDICTION AND VENUE**

1) District courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs…" and is between citizens of different states, 28 U.S.C. § 1332.

2) "[P[lace of residence is prima facie the domicile." *State Farm Mut. Auto.Ins. Co v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994); *see also Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983); *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Plaintiff has been and continues to be a citizen of California. Thus, a preponderance of the evidence demonstrates

1

that Plaintiff is domiciled in California and, as a result, is a citizen, for diversity purposes, of California.

3)  Defendant is a credit card issuer.  Defendant's main office is located in the state of South Dakota.  Thus, Defendant is a citizen of South Dakota.

4)  There is more than $75,000 in controversy in this action.  Plaintiff seeks damages in the amount of $950,000.00, and an unspecified amount in punitive damages.

5)  Accordingly, this court has jurisdiction over this action because the requirements of 28 U.S.C. § 1332(d) are satisfied.

## PARTIES

6)  Plaintiff, Myron Hale, a U.S. citizen, is located and resides in the city of Los Angeles CA.  He brings this action on behalf of himself.

7)  Defendant, First National Credit Card, a credit card issuer, has accused plaintiff of owing money on a credit card that plaintiff never applied for, used or has maintained in plaintiff's possession.  In light of plaintiff's heart condition, Defendant has been constantly harassing plaintiff via letters and phone calls, causing plaintiff severe emotional and mental harm and stress.

## FACTUAL ALLEGATIONS

On numerous previous occasions, Plaintiff has requested defendant to provide validation of this debt pursuant to the Fair Debt Collection Practices Act (FDCPA).  Defendant has failed to provide a signed copy of the original agreement/contract indicating and confirming that plaintiff is legally responsible for the alleged debt.  Defendant has constantly and continually harassed plaintiff, subsequent to being informed that defendant lacked validation that plaintiff was not the responsible party of this debt.  Defendant has no legal right to harass plaintiff about a debt that plaintiff never incurred and that defendant is unable to prove.

## CONCLUSION

Based on the aforementioned, plaintiff has clearly demonstrated that plaintiff will prevail on the claim.

2

**FIRST CLAIM FOR RELIEF**

(Harassment)

Defendant has maliciously and willfully harassed plaintiff for a debt that plaintiff never incurred.  This harassment by defendant has caused plaintiff to suffer severe and extreme emotional and mental stress as well having to seek medical care in order to sleep at night.

**JURY DEMAND**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

Compensatory, general damages, and punitive damages, amounting to $950,000.00.

Dated: July 14, 2021

Myron Hale, plaintiff pro per

PLAINTIFF'S COMPLAINT FOR HARASSMENT



R. ORTIZ
2017 LOMITA BLVD UNIT 2064
LOMITA CA 90717

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 16 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LOS ANGELES CA 900
14 JUL 2021 PM 12 L

$1.000
US POSTAGE
FIRST-CLASS
062S0003154407
90211

Attn: Clerk of the Court, Suite TS-134
U.S. District Court
255 E. Temple Street
Los Angeles CA 90012-3332

90012-333432